IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | No. EP: 25-M-3752-MAT |
| | § | |
| MONICA CEBALLOS-DELGADO | § | |

## ORDER REGARDING PROBABLE CAUSE

On the 10th day of July came on for preliminary examination the above entitled and numbered cause, wherein the Defendant Monica Ceballos-Delgado, is alleged to have committed the following: Illegal Re-Entry, in violation of 8 U.S.C. § 1326(a).

Patricia Aguayo, Assistant United States Attorney, appeared on behalf of the Government and attorney Raymundo Rojas, appeared on behalf of the Defendant.

A hearing was scheduled on July 10, 2025, to present evidence and argument of counsel, the Government did not present a witness to establish probable cause on the case. The Court finds that there is no evidence to establish probable cause to believe that the Defendant committed the offense of Illegal Re-Entry, in violation ofc 8 U.S.C. § 1326, alleged in the complaint.

It is therefore ORDERED that the complaint be, and the same is hereby, DISMISSED.

SIGNED AND ENTERED this 11th day of July 2025.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE